### Cook *v.* Exom *et al.*

BECK, J. Where, in an action in a county court upon a promissory note for the principal sum of fifty dollars, besides interest and ten per cent. attorney's fees, the party cast carries the cause to the superior court for review by writ of certiorari, complaining of errors involving both questions of law and issues of fact, it is proper for the court to dismiss the writ upon motion of the respondent; appeal, and not certiorari, being the proper procedure. *Helmly* v. *Davis*, 100 *Ga.* 493; *Toole* v. *Edmondson*, 104 *Ga.* 776.    *Judgment affirmed. All the Justices concur.*

Submitted March 2,—Decided May 18, 1906.

Certiorari. Before Judge Mitchell. Berrien superior court. June 23, 1905.

*Robert A. Hendricks,* for plaintiff.